NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFT BANK, FRANKFURT AM MAIN,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>LOUIS PHILLIPUS MEYER; LYNN MEYER,<br><br>Defendants-Appellees. | No. 15-35086<br><br>D.C. No. 2:14-cv-00869-JLR<br>Western District of Washington, Seattle<br><br><br>ORDER |

Before: HAWKINS, GOULD, and PAEZ, Circuit Judges.

The memorandum filed on July 11, 2017 is withdrawn. An opinion is filed

in its place. Any party may file a petition for rehearing or rehearing en banc as

allowed by the Federal Rules of Appellate Procedure. *See* Fed. R. App. P. 35, 40.